IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

T. TERELL BRYAN,

    Plaintiff,                        CIV. NO. S-10-2241 MCE GGH PS

    vs.

DEFENSE TECHNOLOGY U.S.; et al.,

    Defendants.                    ORDER

        Plaintiff has filed a document requesting that the U.S. Marshal serve defendant. Plaintiff's filing was signed on August 22, 2010, and filed on August 30, 2010. The court docket reflects that defendants filed a motion to dismiss on August 27, 2010, and that plaintiff was served with the motion. As defendants have appeared, no further service of the complaint is necessary.

        Accordingly, IT IS ORDERED that: plaintiff's motion for order of service, filed August 30, 2010, (dkt. # 11), is denied as moot.

DATED: September 2, 2010

                                                 /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH:076:Bryan2241.mtn.wpd