IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. TERELL BRYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEFENSE TECHNOLOGY U.S.<br>and UNITED STATES ATTORNEY<br>OF SACRAMENTO, and UNITED<br>STATES OF AMERICA,<br><br>        Defendants.| Case No. 2:10-CV-02241-MCE-GGH PS<br><br>ORDER GRANTING FEDERAL DEFENDANTS' *EX PARTE* APPLICATION TO STAY DISCOVERY PENDING COURT'S RULING ON FEDERAL DEFENDANTS' DISPOSITIVE MOTION |

Federal defendants' *ex parte* application to stay discovery pending the Court's ruling on their dispositive motion is hereby APPROVED. Discovery shall be stayed until the Court's final ruling on federal defendants' motion to dismiss (*e.g.*, after an order is issued by the District Judge after the time expires for objections to be filed to the Findings and Recommendations issued by the Magistrate Judge). In the event that the Court denies federal defendants' motion to dismiss, the time for federal defendants to respond to the discovery requests plaintiff has already served on them shall begin to run on the date the Court issues its order denying federal defendants' motion.

    IT IS SO ORDERED.

DATED: September 8, 2010

                                  **/s/ Gregory G. Hollows**
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

bryan.ord