IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

T. TERELL BRYAN,

      Plaintiff,                                 CIV. NO. S-10-2241 MCE GGH PS

   vs.

DEFENSE TECHNOLOGY U.S.; et al.,

      Defendants.                         ORDER

_____/

       Plaintiff has filed a document requesting that the U.S. Marshal serve process on defendant Defense Technology U.S. Plaintiff is informed that if he seeks service by the U.S. Marshal, he must first qualify for in forma pauperis status by completing an application and filing it with the appropriate affidavit.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within twenty-one (21) days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in the dismissal of defendant Defense Technology U.S.; and

\\\\\

\\\\\

1

1.     2. The Clerk of the Court is directed to send plaintiff a new Application to
2. Proceed In Forma Pauperis By a Prisoner.
3. DATED: September 21, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Bryan2241.ifp.wpd