1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   T. TERELL BRYAN,

11            Plaintiff,                    CIV. NO. S-10-2241 MCE GGH PS

12        vs.

13   DEFENSE TECHNOLOGY U.S.; et al.,

14            Defendants.                   ORDER FOR PAYMENT

15   _____/      OF INMATE FILING FEE

16   To:  The Director of the South Carolina Department of Corrections, 4460 Broad River Road,

17   Columbia, South Carolina 29210:

18            Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19   pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is

20   obligated to make monthly payments in the amount of twenty percent of the preceding month's

21   income credited to plaintiff's trust account.  The South Carolina Department of Corrections is

22   required to send to the Clerk of the Court payments from plaintiff's account each time the

23   amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

24   § 1915(b)(2).

25            In accordance with the above and good cause appearing therefore, IT IS HEREBY

26   ORDERED that:

1

1.  The Director of the South Carolina Department of Corrections or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on Director, South Carolina Department of Corrections, 4460 Broad River Road, Columbia, South Carolina 29210.

3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: November 22, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:076/Bryan2241.cdc.wpd

2