IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

T. TERREL BRYAN,

      Plaintiff,                               No. CIV S-10-2241 KJM GGH P

     vs.

DEFENSE TECHNOLOGY U.S., et al.,

      Defendants.                     <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 10, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations[1] and defendants have filed a response.

/////

---

[1] In his objections, plaintiff asks the court to provide to him certain cases he contends he has not been able to obtain from the prison library. (Pl.'s Obj. at 18, ECF 52.) It is not the court's place to conduct legal research for plaintiff. The court has taken account of the cases plaintiff references in issuing this order.

1

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule
2  304, the court has conducted a *de novo* review of this case. Having carefully reviewed the file,
3  the court finds the findings and recommendations to be supported by the record and by the
4  proper analysis.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1. The findings and recommendations filed February 10, 2011, are adopted in
7  full; and
8       2. The motion to dismiss under Federal Rule of Civil Procedure 12(b)(1), brought
9  by defendants United States Attorney of Sacramento and United States of America and filed on
10 August 27, 2010 (docket # 8), is granted, and these defendants are dismissed with prejudice.
11 DATED: August 16, 2011.

_____
UNITED STATES DISTRICT JUDGE

26 /brya2241.805